UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD ROGALSKI,

       Petitioner,                          Case No. 08-13756
                                                Honorable Patrick J. Duggan

v.

RAYMOND BOOKER,

       Respondent.
_____/

## **JUDGMENT**

Petitioner Ronald Rogalski filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an Opinion and Order issued on this date, the Court denied Petitioner's request for habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's application for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

                                                            s/PATRICK J. DUGGAN
                                                            UNITED STATE DISTRICT JUDGE

DATED:
Copies To:
Ronald Rogalski
PO Box 52
New Boston, MI 48164

Raina I Korbakis, A.A.G.